**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN
DISTRICT OF TEXAS – AUSTIN DIVISION**

| | | |
|---|---|---|
| **VICKIE KEARNEY** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| | § | |
| v. | § | **CAUSE NO. 1:25-cv-1267** |
| | § | |
| | § | |
| **DREAM FINDERS HOMES, LLC.** | § | |
| **and JET HOMELOANS, LP.** | § | |
| | § | |
| *Defendants* | § | |

## AGREED MOTION TO COMPEL ARBITRATION

On 9/5/2025, Defendants filed *Defendants Rule 12(b)(1) Motion to Dismiss or Compel Arbitration, or in the alternative, Motion to Transfer Venue*. (D.E.#7). After additional communication, the parties have reached an agreement that this matter is subject to arbitration pursuant to the conditions discussed below. The parties, therefore, respectfully request that their Agreed Motion to Compel Arbitration be granted and that this matter be stayed while the parties arbitrate their claims.

The parties further stipulate as follows:

1. An agreement to arbitrate claims, dated October 27, 2023, exists between the parties.

2. The arbitration agreement between Plaintiff and Defendants is enforceable under the Federal Arbitration Act.

3. The claims set forth in Plaintiff's Original Complaint filed August 13, 2025 are subject to the arbitration agreement.

**PAGE 1**

4. Defendants agree to withdraw their *Motion to Dismiss or Compel Arbitration, or in the alternative, Motion to Transfer Venue* (D.E. #7).

5. The parties request that this matter be compelled to arbitration under the following conditions: (1) Arbitration will be governed by the AAA; and (2) Defendants will withdraw their request for attorney's fees and costs associated with their Motion to Compel Arbitration.

6. The parties further request that this case is stayed, pending arbitration.  The parties further agree and request that any proceedings in this action should be stayed and not dismissed. "The Federal Arbitration Act, 9 U.S.C. § 3, 'mandates that when an issue is referable to arbitration pursuant to a written agreement, the district court must stay the trial of the action until such arbitration has been had in accordance with the terms of the agreement, providing the applicant is not in default in proceeding with such arbitration.'" *Quinn v. EMC Corp.,* 109 F. Supp. 2d 681, 683 (S.D. Galveston 2000) (*citing Williams v. Cigna Financial Advisors, Inc.*, 56 F.3d 656, 659 (5th Cir.1995)).

Based on the foregoing, the parties therefore agree and request that Court enter the Proposed Order granting this Agreed Motion.

*Respectfully submitted,*

TREMAIN ARTAZA, PLLC

By: */s/ Carmen Artaza*
    **Carmen Artaza**
    Texas State Bar No. 24055114
    6060 North Central Expressway, Ste. 567
    Dallas, Texas 75206
    Telephone: 469-573-0229
    Facsimile: 214-254-4941
    carmen@tremainartaza.com

    **ATTORNEY FOR PLAINTIFF**

GREER, HERZ & ADAMS, L.L.P.

By: /s/ Andrew J. Mytelka
    **Andrew J. Mytelka**
    State Bar No. 14767700
    Federal Bar No. 11084
    One Moody Plaza, 18th Floor
    Galveston, Texas 77550
    (409) 797-3200 (Phone)
    (866) 422-1811 (Facsimile)
    amytelka@greerherz.com

    **ATTORNEYS FOR DEFENDANTS**