IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| VICKIE KEARNEY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:25-CV-1267-RP |
| | § | |
| DREAM FINDERS HOMES, LLC, et al., | § | |
| | § | |
| Defendants. | § | |

## **ORDER**

Before the Court is the Agreed Motion to Compel Arbitration filed by Defendants Dream Finders Homes, LLC, and Jet Homeloans, LP, ("Defendants") and Plaintiff Vickie Kearney ("Plaintiff") (collectively, the "parties"). (Dkt. 8). The parties state that they have "reached an agreement that this matter is subject to arbitration" and that they accordingly request this Court to compel arbitration and stay this matter pending arbitration. (*Id.* at 1). Defendants also move to withdraw their Motion to Dismiss or Compel Arbitration, (Dkt. 7). (*Id.*). Having considered the parties' motion, the Court finds that it should be granted.

**IT IS ORDERED** that the Agreed Motion to Compel Arbitration is **GRANTED**; the parties proceed with the litigation of the claims made in the above-captioned action in arbitration; and the above-captioned action is **STAYED** pending resolution of said dispute in arbitration.

**IT IS FURTHER ORDERED** that Defendants' Motion to Dismiss or Compel Arbitration, (Dkt. 7), is **WITHDRAWN**.

1

**IT IS FINALLY ORDERED** that the parties file quarterly status reports, with the first status report due **December 17, 2025**, and each subsequent status report due three months thereafter. The parties are directed to promptly file a notice with the Court upon the conclusion of the arbitration proceedings, and dismissal papers should this matter be resolved in arbitration.

**SIGNED** on September 17, 2025.

_____

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE